IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNON ANDRE COX, JR.,** | : | **CIVIL ACTION NO. 1:24-CV-743** |
| Petitioner | : | (Judge Neary) |
| v. | : | |
| **SUPERINTENDENT OF SCI-HOUTZDALE,** | : | |
| Respondent | : | |

### ORDER

AND NOW, this 17th day of October, 2025, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED WITH PREJUDICE.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania